UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MOSHIR,<br><br>                           Plaintiff,<br><br>      -against-<br><br>THE BUS SHELTER,<br><br>                           Defendant. | 24-CV-1262 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the February 21, 2024, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

  Dated:   February 21, 2024
             New York, New York

                                                               /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                   Chief United States District Judge